**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 18-cv-05876 |
| Plaintiffs, | **Judge John Robert Blakey** |
| v. | **Magistrate Judge Maria Valdez** |
| ZHENG ZE, et al., | |
| Defendants. | |

**PLAINTIFFS' *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY TRANSFER OF THE DEFENDANT DOMAIN NAMES,
<u>A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY</u>**

Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. (collectively, "Plaintiffs") seek entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of counterfeit products, a temporary transfer of the Defendant Domain Names, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.* A Memorandum of Law in Support is filed concurrently with this Motion.

Case: 1:18-cv-05876 Document #: 14 Filed: 09/05/18 Page 2 of 2 PageID #:413

Dated this 5th day of September 2018.        Respectfully submitted,


                                             /s/ Justin R. Gaudio
                                             Amy C. Ziegler
                                             Justin R. Gaudio
                                             Jessica L. Bloodgood
                                             RiKaleigh C. Johnson
                                             Greer, Burns & Crain, Ltd.
                                             300 South Wacker Drive, Suite 2500
                                             Chicago, Illinois 60606
                                             312.360.0080 / 312.360.9315 (facsimile)
                                             aziegler@gbc.law
                                             jgaudio@gbc.law
                                             jbloodgood@gbc.law
                                             rjohnson@gbc.law

                                             *Counsel for Plaintiffs*
                                             *Luxottica Group S.p.A. and Oakley, Inc.*

2